## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| Mary Girsch-Bock, | : |
| Plaintiff, | : Civil Action No.: 4:16-cv-1605-JCH |
| v. | : |
| Medicredit, Inc., | : |
| Defendant. | : |

## STIPULATION OF DISMISSAL

WHEREAS, the parties to the above-entitled action have resolved the issues alleged in the complaint in this action, and have negotiated in good faith for that purpose; and

WHEREAS, none of the parties to the above-captioned action is an infant or incompetent person; and

WHEREAS, the parties in the above-captioned action wish to discontinue the litigation;

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel as follows that, pursuant to FRCP 41(a)(1)(A)(ii), the above-captioned action is hereby dismissed in its entirety with prejudice and without costs to any party.

Mary Girsch-Bock                                    Medicredit, Inc.

  ___/s/ Sergei Lemberg_____              _/s/ Arthur D. Gregg _____

Sergei Lemberg, Esq.                                Scott J. Dickinson, Esq.
LEMBERG LAW, LLC                                    Arthur D. Gregg, Esq.
43 Danbury Road, 3rd Floor                          SPENCER FANE LLP
Wilton, CT  06897                                   1 N. Brentwood Blvd., Suite 1000
Telephone: (203) 653-2250                           St. Louis, MO 63105
*Attorney for Plaintiff*                            Telephone: (314) 863-7733
                                                    *Attorneys for Defendant*

_____
SO ORDERED

## **CERTIFICATE OF SERVICE**

  I hereby certify that on June 21, 2017, a true and correct copy of the foregoing Stipulation of Dismissal was served electronically by the U.S. District Court for the Eastern District of Missouri Electronic Document Filing System (ECF), which sent notice of such filing to the following:

Scott J. Dickinson, Esq.
Arthur D. Gregg, Esq.
SPENCER FANE LLP
1 N. Brentwood Blvd., Suite 1000
St. Louis, MO 63105
*Attorneys for Defendant*

            By */s/ Sergei Lemberg*_____
              Sergei Lemberg, Esq.